FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

99 AUG 12 PH 4: 14

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 99-H-1015-S |
| | ) |
| NANCY L. EARLEY | ) |
| | ) |
| Defendant. | ) |

ENTERED

AUG 1 2 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.  The Summons and Complaint were served upon Defendant on May 24, 1999; Defendant has failed to appear, plead, or otherwise defend.

2.  Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.  Defendant is indebted to Plaintiff in the principal sum of $2,644.35, penalty charges of $5.00, U.S. Marshal costs of $146.97, court costs of $150.00 pursuant to 28 U.S.C. Section 2412(a)(2), accrued interest of $2,582.26 as of July 21, 1999, and at the rate of 8% per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

4.  Plaintiff is due to recover from Defendant the total sum of $5,528.58, plus interest



hereafter at the prevailing legal rate per annum until paid in full, and any additional costs.

An abstract of judgment will be entered accordingly.

Done this the _____12_____day of August, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE